**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael J Weber | Social Security number or ITIN  xxx–xx–0421 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–29085–MBK | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J Weber

11/22/17                                              **By the court:** Michael B. Kaplan
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                   **Chapter 13 Discharge**                                   page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 12-29085-MBK
Michael J Weber                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3           Date Rcvd: Nov 22, 2017
                              Form ID: 3180W           Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
```
db             +Michael J Weber,    39 Streambank Rd,    Freehold, NJ 07728-9552
cr              ECAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
cr             +GMAC Mortgage, LLC,    Phelan, Hallinan & Schmieg PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
513249691      +Avalon Bay Communities, Inc.,     D/B/A Avalon Tinton Falls,    100 Autumn Drive,
                 Tinton Falls, NJ 07753-7436
513286113      +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
513633058      +Capital One Banking Segment,     Loan Recovery,    PO Box 152408,    Irving, TX 75015-2408
513390878       CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
513249704       Citimortgage,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
513290199      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
513249705       Direct Loans/US Department Of Education,     Direct Loan Servicing Center,    P.O. Box 5202,
                 Greenville, TX 75403-5202
513249707      +Home Depot Card Services,    P.O. Box 790328,    St. Louis, MO 63179-0328
513249710      +Jennifer L. Alexander, Esq.,     Griffin Alexander P.C.,    415 Route 10, Suite 6-8,
                 Randolph, NJ 07869-2100
513249711      +Kay Jewelers,    P.O. Box 3680,    Akron, OH 44309-3680
513249712      +Law Offices Of Michael J. Weber, LLC,     2342 Route 9, Unit 1B,    Howell, NJ 07731-4016
513399535      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
514127904      +Nationstar Mortgage, LLC,    PO Box 619094,    Dallas, TX 75261-9094
513249713      +New Jersey Natural Gas,    1415 Wyckoff Road,    P.O. Box 1464,    Wall, NJ 07719-1464
513255606      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
513249714       PNC Bank Credit Card,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
513249716      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    Division Of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
513249717       Stephanie Weber,    8712 Cedar Creek Road,    Louisville, KY 40291-3104
513482549       The Bank of New York Mellon,et al,    c/o PROBER & RAPHAEL,    ATTORNEYS FOR SECURED CREDITOR,
                 P.O. Box 4365,    Woodland Hills, CA 91365-4365
513969363      +U.S. Bank National Association,    c/o Frankel, Lambert, Weiss et al,
                 80 Main Street, Suite 460,    West Orange, NJ 07052-5414
513967996      +U.S. Bank National Association as trustee on behal,    7105 Corporate Drive,
                 Plano, Texas 75024-4100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 22:41:43     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 22:41:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              EDI: BANKAMER.COM Nov 22 2017 22:28:00      BANK OF AMERICA,    PO Box 5170,
                 Simi Valley, CA 93062-5170
cr             +EDI: BANKAMER.COM Nov 22 2017 22:28:00      U.S. Bank National Association as trustee on behal,
                 c/o Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
cr             +EDI: WFFC.COM Nov 22 2017 22:28:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 1451 Thomas Langston Road,    Winterville, NC 28590-8872
513406275      +EDI: OPHSUBSID.COM Nov 22 2017 22:28:00      AZUREA I, LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513379748      +EDI: OPHSUBSID.COM Nov 22 2017 22:28:00      BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513249692       EDI: BANKAMER.COM Nov 22 2017 22:28:00      Bank Of America,    P.O. Box 982235,
                 El Paso, TX 79998-0000
513249696       EDI: BANKAMER.COM Nov 22 2017 22:28:00      Bank Of America, N.A.,    P.O. Box 26078,
                 Greensboro, NC 27420-0000
513249693       EDI: BANKAMER.COM Nov 22 2017 22:28:00      Bank Of America,    P.O. Box 45224,
                 Jacksonville, FL 32232-5224
513249694      +EDI: BANKAMER2.COM Nov 22 2017 22:28:00      Bank Of America Auto Loan,    201 N. Tryon Street,
                 Charlotte, NC 28202-2146
513249695      +EDI: BANKAMER.COM Nov 22 2017 22:28:00      Bank Of America, N.A.,    2380 Performance Drive,
                 Richardson, TX 75082-4333
513265820       EDI: BANKAMER.COM Nov 22 2017 22:28:00      Bank of America, N.A.,    NC4-105-02-99,
                 PO Box 26012,    Greensboro, NC 27420-6012
513249697       EDI: CAPITALONE.COM Nov 22 2017 22:28:00      Capitol One,    P.O. Box 85520,
                 Richmond, VA 23285-0000
513298378      +EDI: BASSASSOC.COM Nov 22 2017 22:28:00      Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
513249698      +EDI: CAPITALONE.COM Nov 22 2017 22:28:00      Capitol One, N.A.,    P.O. Box 30273,
                 Salt Lake City, UT 84130-0273
513249699       EDI: CHASE.COM Nov 22 2017 22:28:00      Chase Card Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
```

```
District/off: 0312-3          User: admin              Page 2 of 3             Date Rcvd: Nov 22, 2017
                              Form ID: 3180W           Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513249700       EDI: CITICORP.COM Nov 22 2017 22:28:00      Citi Flex Line,   P.O. Box 6248,
                 Sioux Falls, SD  57117-6248
513249701      +EDI: CITICORP.COM Nov 22 2017 22:28:00      Citi Mastercard,   P.O. Box 6500,
                 Sioux Falls, SD  57117-6500
513249702      +EDI: CITICORP.COM Nov 22 2017 22:28:00      Citi Premier Pass,   P.O. Box 6062,
                 Sioux Falls, SD  57117-6062
513249703      +EDI: CITICORP.COM Nov 22 2017 22:28:00      Citibank,   P.O. Box 6500,
                 Sioux Falls, SD  57117-6500
513483211      +EDI: CITICORP.COM Nov 22 2017 22:28:00      Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD  57104-0493
513249719       EDI: RCSDELL.COM Nov 22 2017 22:28:00      Webbank/DFS,   1 Dell Way,
                 Round Rock, TX  78682-0000
513249706       EDI: DISCOVER.COM Nov 22 2017 22:28:00      Discover,   P.O. Box 71084,
                 Charlotte, NC  28272-1084
513264033       EDI: DISCOVER.COM Nov 22 2017 22:28:00      Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH  43054-3025
514063524       EDI: RMSC.COM Nov 22 2017 22:28:00      GE Capital Retail Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515357018       E-mail/Text: bankruptcy.bnc@ditech.com Nov 22 2017 22:41:28      Green Tree Servicing LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
513772739      +EDI: RMSC.COM Nov 22 2017 22:28:00      Green Tree Servicing LLC,
                 7340 S. Kyrene Rd. Recovery Dept. T-120,    Tempe, AZ 85283-4573
513249708       EDI: HFC.COM Nov 22 2017 22:28:00      HSBC,   P.O. Box 5253,   Carol Stream, IL  60197-5253
513249709       EDI: IRS.COM Nov 22 2017 22:28:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA  19101-7346
513403716      +EDI: OPHSUBSID.COM Nov 22 2017 22:28:00      KEYSTONE RECOVERY PARTNERS LLC, SERIES A,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513587665      +E-mail/Text: bncmail@w-legal.com Nov 22 2017 22:41:51      Keystone Recovery Partners, Series II,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
513512615      +E-mail/Text: bknotice@ncmllc.com Nov 22 2017 22:41:52      National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,    Memphis, TN 38125-1741
513678677       EDI: PRA.COM Nov 22 2017 22:28:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
513532494       EDI: PRA.COM Nov 22 2017 22:28:00      Portfolio Recovery Associates, LLC,   c/o Capital One, Na,
                 POB 41067,   Norfolk VA 23541
513533809       EDI: PRA.COM Nov 22 2017 22:28:00      Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,   POB 41067,   Norfolk VA 23541
516415478       E-mail/Text: bkdepartment@rtresolutions.com Nov 22 2017 22:41:54
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    Dallas, TX 75247-4029
516415477       E-mail/Text: bkdepartment@rtresolutions.com Nov 22 2017 22:41:54
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
513512715      +EDI: NAVIENTFKASMSERV.COM Nov 22 2017 22:28:00      SLM PC Credit Student Loan Trust,
                 c/o Sallie Mae, Inc.,   220 Lasley Ave.,   Wilkes-Barre, PA 18706-1430
513249715       EDI: NAVIENTFKASMSERV.COM Nov 22 2017 22:28:00      Sallie Mae,   P.O. Box 9500,
                 Wilkes-Barre, PA  18773-9500
513510808      +EDI: NAVIENTFKASMSERV.COM Nov 22 2017 22:28:00      Sallie Mae ECFC,   c/o Sallie Mae Inc.,
                 220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
513286300      +E-mail/Text: BKRMailOPS@weltman.com Nov 22 2017 22:41:33
                 Sterling Jewelers, Inc., dba Kay Jewelers,    c/o Weltman, Weinberg & Reis,
                 323 W. Lakeside Avenue,   Cleveland, OH 44113-1085
513249718      +EDI: VERIZONEAST.COM Nov 22 2017 22:28:00      Verizon,   P.O. Box 3037,
                 Bloomington, IL 61702-3037
513748346       EDI: WFFC.COM Nov 22 2017 22:28:00      Wells Fargo Bank, N.A.,,
                 dba Wells Fargo Dealer Services,    P.O. Box 19657,   Irvine, CA 92623-9657
513249720      +EDI: WFFC.COM Nov 22 2017 22:28:00      Wells Fargo Dealer Services,   P.O. Box 25341,
                 Santa Ana, CA 92799-5341
514745597      +EDI: BASSASSOC.COM Nov 22 2017 22:28:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
                                                                                               TOTAL: 46

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC
513481401*    +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
515357019*   ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
               (address filed with court: Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, SD 57709-6154)
514745598*    +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
                Tucson, AZ 85712-1083
                                                                                     TOTALS: 1, * 3, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Nov 22, 2017
                              Form ID: 3180W           Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:

    Albert   Russo    docs@russotrustee.com
    Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
    Andrew L. Spivack    on behalf of Creditor    GMAC Mortgage, LLC nj.bkecf@fedphe.com
    Brian E Caine    on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
    John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
    Joseph Casello    on behalf of Debtor Michael J Weber jcasello@cvclaw.net,   jcasello627@gmail.com
    Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
    Sean M. O'Brien    on behalf of Loss Mitigation    BANK OF AMERICA sobrien@flwlaw.com
    Sean M. O'Brien    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of the SARM 2006-7 Trust Fund sobrien@flwlaw.com
    William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
    William M. E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com
    William M.E. Powers    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com
    William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
    William M.E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com

                                                  TOTAL: 14