UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on December 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael J Weber

Case No.: 12-29085

Hearing Date: 12/5/2017

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form: ☑ Followed ☐ Modified

# ORDER DENYING MOTION

## TO COMPEL BANK OF AMERICA TO DISCHARGE OR RECORD A MORTGAGE
### WITHOUT PREJUDICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 5, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____10/19_____, 20 17 by _Joseph Casello_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*