**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on December 5, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Michael J Weber

| | |
|---|---|
| Case No.: | 12-29085 |
| Hearing Date: | 12/5/2017 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION

## TO COMPEL BANK OF AMERICA TO DISCHARGE OR RECORD A MORTGAGE
### WITHOUT PREJUDICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 5, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____10/19_____, 20 _17_ by _Joseph Casello_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Michael J Weber  
    Debtor

Case No. 12-29085-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 06, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.  
db          +Michael J Weber,    39 Streambank Rd,    Freehold, NJ 07728-9552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:  
      Albert   Russo    docs@russotrustee.com  
      Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Andrew L. Spivack    on behalf of Creditor    GMAC Mortgage, LLC nj.bkecf@fedphe.com  
      Brian E Caine    on behalf of Creditor    BANK OF AMERICA, N.A. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
      John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Joseph   Casello    on behalf of Debtor Michael J Weber jcasello@cvclaw.net,   jcasello627@gmail.com  
      Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
      Sean M. O'Brien    on behalf of Loss Mitigation    BANK OF AMERICA sobrien@flwlaw.com  
      Sean M. O'Brien    on behalf of Creditor    U.S. Bank National Association as trustee on behalf of the SARM 2006-7 Trust Fund sobrien@flwlaw.com  
      William M. E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com  
      William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
      William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
      William M.E. Powers    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com  
      William M.E. Powers, III    on behalf of Creditor    Green Tree Servicing LLC ecf@powerskirn.com  
                                                                                                        TOTAL: 14